THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARYL BOYKIN, Also Known as DARYL SMITH, Appellant. [761 NYS2d 921] —Appeal from a judgment of Erie County Court (Drury, J.), entered October 30, 2001, convicting defendant upon his plea of guilty of attempted burglary in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Hurlbutt, J.P., Scudder, Kehoe, Burns and Gorski, JJ.